UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 16-287 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Quentin Lamont Lavell Perry, | |
| Defendant. | |

_____

This matter is before the Court on Defendant Quentin Lamont Lavell Perry's request for an extension of time to file a reply memorandum in support of his various Motions before the Court. Perry seeks an extension because he has moved facilities and has not yet received his legal files or the Government's opposition memorandum. (Docket No. 184.) Yesterday, the Government served Perry with its opposition memorandum and corresponding exhibits by mailing them to his new address. (Docket No. 185.) Even so, the Court finds that such an extension is warranted, as Perry asserts that he does not have access to his legal files.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Perry's Motion Requesting Continuance (Docket No. 184) is **GRANTED**;

2. Perry's reply is due June 9, 2025; and

3. The Clerk of Court shall mail a copy Docket Nos. 165–67, 170–71 to Perry at his new address at USP Big Sandy.

Dated: April 30, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge